# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

**CHRISTOPHER MARK AYERS**

vs.

**DREWRY WOODSON HALL, ET AL**

Action No: 4:18CV00020
Date: September 18, 2018
Judge: Hon. Jackson L. Kiser
Court Reporter: Mary Butenschoen
Deputy Clerk: Martha L. Hupp

Plaintiff Attorney(s)
Glenn L. Berger; Richard J. Keshian;

Defendant Attorney(s)
Douglas P. Barber, Jr.; Guy M. Harbert, III; for Drewry Woodson Hall, Richard Wayne Hall; Sallie Woodson Hall

William Tyler Shands for William Rentz Brandt

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Motions hearing as to:

#9  Motion to Dismiss filed by Drewry Woodson Hall
#26 Motion to Dismiss filed by William Rentz Brandt
#28 Motion to Dismiss filed by Drewry Woodson Hall

Arguments. Rulings on the pending motions to dismiss will be deferred until mediation is complete.

Parties consent to referring case to mediation. Order forthcoming.

Time in Court: 10:03-10:27 (0:24)