CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MARK AYERS, Administrator of the Estate of Gabrielle Brooke Ayers, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:18cv00020 |
| v. | ) ) | **ORDER** |
| DREWRY WOODSON HALL, et al., | ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |
| Defendants. | ) | |

Upon consideration of Defendants Drewry Woodson Hall and Richard Wayne Hall's Motion to Continue Trial and Motion to Stay Discovery [ECF No. 68], the motion is hereby **GRANTED IN PART**. It is hereby **ORDERED** that the trial of this matter is **CONTINUED** until **May 6–10, 2019**. All deadlines which are dependent upon the trial date [see ECF No. 50], are adjusted accordingly. It is further **ORDERED** that all outstanding written discovery that has been propounded on Defendants Drewry and Richard Hall which is currently due or past due shall be due **fifteen (15) days** from the date of this Order.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 13th day of November, 2018.

                                                    s/Jackson L. Kiser
                                                    SENIOR UNITED STATES DISTRICT JUDGE